UNITED STATES DISTRICT COURT

DISTRICT OF NEW JERSEY

| DAVID BENPORAT, | : | |
| :--- | :--- | :--- |
| PLAINTIFF, | : | CIVIL ACTION |
| vs. | : | CASE NO. 3:21-cv-16285 |
| TDK-LAMBDA AMERICAS, INC., | : | |
| DEFENDANT | : | STIPULATION OF DISMISSAL |

IT IS HEREBY stipulated and agreed by the undersigned in accordance with Fed. R. Civ. P. 41(a)(1)(A)(ii) that the above-entitled action be and is hereby dismissed with prejudice and without costs as to defendants, TDK-Lambda Americas, Inc.

**DEREK SMITH LAW GROUP, PLLC**
Attorneys for Plaintiff, David Benporat

**BIANCAMANO & DI STEFANO, P.C.**
Attorneys for Defendants, TDK-Lambda Americas, Inc.

BY: _/s/ Alexander G. Cabeceiras_
Alexander G. Cabeceiras, Esq.

BY: _/s/ George Karousatos_
George Karousatos, Esq.

Dated: 3/14/22

Dated: 4/1/22

So Ordered this 1st day of April 2022

_/s/ Michael A. Shipp_
Honorable Michael A. Shipp, U.S.D.J.